UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DARREN HARRIS,<br>Plaintiff. | Case No. 17-01306 EJD (PR)<br>**ORDER OF DISMISSAL** |

On March 13, 2017, Plaintiff, a California state prisoner, filed a letter which was construed as an attempt to file a pro se civil rights action pursuant to 42 U.S.C. § 1983.[1] The Clerk sent Plaintiff a notice informing him that he needed to file a proper complaint using the court's form complaint within twenty-eight days or be subject to dismissal. (Docket No. 2.) The Clerk sent a separate notice to Plaintiff informing him that he must either pay the filing fee or file an In Forma Pauperis ("IFP") application within twenty-eight days or else the case would be dismissed. (Docket No. 3.) On April 10, 2017, Plaintiff filed another letter stating that he is attaching a "complaint." (Docket No. 4.) The document Plaintiff sent was an inmate appeal filed on April 2, 2017, not a complaint. (Id. at 2.) On April 27, 2017, the Court granted Plaintiff a twenty-eight day extension of time

---

[1] This matter was reassigned to this Court on April 24, 2017, after Plaintiff did not consent to magistrate jurisdiction. (Docket No. 6.)

1  to file a proper complaint using the court's form complaint and either pay the filing fee or
2  file an IFP application in the same time provided. (Docket No. 7.) Plaintiff was warned
3  that failure to file a proper complaint and to either pay the filing fee or file an IFP
4  application in the time provided would result in the dismissal of this action without
5  prejudice and without further notice to Plaintiff. (Id.)

6  The deadline for Plaintiff to comply with the Court's order has passed. Because
7  Plaintiff has failed to file a proper complaint or to either pay the filing fee or file an IFP
8  application, this action is **DISMISSED** without prejudice. The Clerk shall terminate all
9  pending motions and close the file.

**IT IS SO ORDERED.**

Dated: __6/1/2017_____

_____
EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.17\01306HARRIS_DISM.DOCX

2